Case 4:09-cr-00322-JLH   Document 31   Filed 02/16/2010   Page 1 of 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 16 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATE OF AMERICA                                    PLAINTIFF

V.                    NO. 4:09CR00322-01 JLH

RICHARD MOORE                                              DEFENDANT

## WAIVER OF APPEARANCE FOR ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY

Comes now the Defendant, Richard Van Moore, by and through his attorney, Bill Stanley of Stanley & Thyer, P.A., and, pursuant to Rules 10 and 43 of the Federal Rules of Criminal Procedure, acknowledges the following:

1. This Defendant has received a copy of the superseding indictment in this case. Defendant understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and his Constitutional rights, after being advised of all of the above by his attorney.

2. Defendant understands he has the right to appear personally with his attorney before a Judge for arraignment in open court on this accusation. Defendant further understands that, absent the present waiver, he will be so arraigned in open court.

Defendant, having conferred with his attorney in this regard, hereby waives personal appearances with his attorney at the arraignment of this case and the reading of the superseding indictment, and by this instrument tenders a plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes.

2/16/10
Date

Richard Van Moore, Defendant

2/16/10
Date

Bill Stanley, Counsel for Defendant

## ORDER OF COURT

[X] The defendant's request to waive appearance at the arraignment is hereby APPROVED and a plea of not guilty is entered for the defendant effective this date.

[ ] The defendant's request to waive appearance at the arraignment is hereby DENIED.

2-16-10
Date

_____
Judicial Officer

cc: All Counsel of Record
    U.S. Probation Office
    U.S. Marshals Service
    Presiding Magistrate Judge