### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          NO. 4:09CR00322-01 JLH

RICHARD VAN MOORE, JR.                                   DEFENDANT

### ORDER

The hearing on the government's Motion to Revoke the Supervised Release of defendant Richard Van Moore, Jr., is hereby rescheduled for **MONDAY, MAY 9, 2016, at 3:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked.  Document #128.

IT IS SO ORDERED this 20th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE