# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| UNITED STATES OF AMERICA | PLAINTIFF |
|---|---|
| v. NO. 4:09CR00322-01 JLH | |
| RICHARD VAN MOORE, JR. | DEFENDANT |

## ORDER

Richard Van Moore, Jr., has filed a motion seeking early termination of supervised release. The statute provides that the Court may, after considering the relevant factors in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release, provided that the Court is satisfied that the action is warranted by the conduct of the defendant and is in the interest of justice. 18 U.S.C. § 3583(e)(1).

Moore was sentenced to a term of imprisonment followed by four years of supervised release for conspiracy to possess with intent to distribute and to distribute marijuana. His supervision began on December 30, 2014. Moore violated the terms of his supervised release, and the Court revoked his release on September 12, 2016, sentencing Moore to an additional nine months imprisonment. His second term of supervised release began on June 27, 2017. He has not yet completed a year of supervision on his second term of supervised release. Early termination is not warranted by his conduct or by the interest of justice. The motion for early termination of supervised release is therefore DENIED. Document #154.

IT IS SO ORDERED this 13th day of February, 2018.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE